Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| ROSE M. MAGANA | ) Chapter 13 <br> ) <br> ) Case No.: 8:09-bk-19690-TA <br> ) <br> ) **NOTICE OF UNCLAIMED DIVIDEND** <br> ) **(Bankruptcy Rule 3011)** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301084** in the sum of **$731.28** representing an unclaimed dividend in the above-entitled Debtor's estate. Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and address of the party entitled to said unclaimed dividend is as follows:

    Guild Mortgage Company
    9160 Gramercy Drive
    P.O. Box 85304
    San Diego, CA 91410

Date: September 10, 2011         __/S/_____
                                  Amrane Cohen, Chapter 13 Standing Trustee

1

| Case No. | Debtor Name(s) | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|
| 0919690 | ROSE M. MAGANA<br>ACCT: GAA39-0118C<br>Claim: 00003 | XXX-XX-4687 | 731.28 | 0.00 | 731.28 |
| | | TOTALS | 731.28 | 0.00 | 731.28 |

ROSE M. MAGANA

BALANCE: 9,071.04    [0.00 23/00003]
SSN: XXX-XX-4687    SSN:
ACCT: GAA39-0118C    CASE: 0919690
PRINCIPAL: 731.28    INTEREST: 0.00

---

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

0301084

Jul 24, 2011

VOID 90 DAYS FROM DATE

*******$731.28

PAY    Seven Hundred Thirty One And 28 / 100 Dollars

TO THE ORDER OF    U.S. BANKRUTCY COURT (FISCAL DEPT.)
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

*[signature: Amrane Cohen]*

⑈0301084⑈ ⑆061100790⑆ 0000005751862⑈

THE FACE OF THIS CHECK HAS A BLUE BACKGROUND – ANY OTHER COLORS MAY BE EVIDENCE OF CHEMICAL ALTERATION OR ERASURE – SEE REVERSE SIDE FOR MORE SAFETY FEATURES.