Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3300
Orange, CA 92868
Phone (714) 621-0200
Fax   (714) 621-0277

**United States Bankruptcy Court**
**Central District of California**

| | |
|---|---|
| | ) Chapter 13 |
| | ) |
| ROSE M. MAGANA | ) Case No.: 8:09-bk-19690-TA |
| | ) |
| | ) **NOTICE OF UNCLAIMED DIVIDEND** |
| | ) **(Bankruptcy Rule 3011)** |
| | ) |
| | ) |
| | ) |
| | ) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Please find annexed hereto Check No. **301083** in the sum of **$1,140.88**

representing an unclaimed dividend in the above-entitled Debtor's estate.

Said sum is paid over to you pursuant to Bankruptcy Rule 3011 .  The name and

address of the party entitled to said unclaimed dividend is as follows:

Guild Mortgage Company
9160 Gramercy Drive
P.O. Box 85304
San Diego, CA 92805

Date: September 10, 2011          __/S/_____
                                  Amrane Cohen, Chapter 13 Standing Trustee

| Case No. | Debtor Name(s) | | SSN | Payment Amount | Interest Payment | Principal Payment |
|---|---|---|---|---|---|---|
| 0919690 | ROSE M. MAGANA<br>ACCT: GAA39-0118C | Claim: 00003 | XXX-XX-4687 | 1,140.88 | 0.00 | 1,140.88 |
| | | TOTALS | | 1,140.88 | 0.00 | 1,140.88 |

ROSE M. MAGANA

BALANCE:        9,802.32    [0.00 23/00003]
SSN: XXX-XX-4687    SSN:
ACCT: GAA39-0118C        CASE: 0919690
PRINCIPAL:    1,140.88    INTEREST:        0.00

DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A DUAL-TONE TRUE WATERMARK THAT APPEARS AS CONNECTING PENTAGONS WHEN HELD TO THE LIGHT AND "AMRANE COHEN" APPEARS WHEN VIEWED AT AN ANGLE.

**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
CHAPTER 13 TRUSTEE
PO BOX 809
ORANGE, CA  92856

SUNTRUST
800-786-8787

64-79
611

**0301083**

Jul 24, 2011

VOID 90 DAYS FROM DATE

*****$1,140.88

**PAY**    One Thousand One Hundred Forty And 88 / 100 Dollars

**TO THE**
**ORDER OF**
*U.S. BANKRUTCY COURT (FISCAL DEPT.)*
255 E. TEMPLE STREET
LOS ANGELES, CA  90012

⑆0301083⑆  ⑆061100790⑆000000575186 2⑆